filing a taxation of costs is denied.

Billings, J.

IN RE Oliver TUCKER, Jr., No. 285-77

February 23, 1979. The court below having failed to make findings as required by V.R.C.P. 52, the cause is reversed and remanded for new trial.

IN RE Oliver TUCKER, Sr., No. 286-77

February 23, 1979. The court below having failed to make findings as required by V.R.C.P. 52, the cause is reversed and remanded for new trial.

IN RE Gladys FULLER, No. 287-77

February 23, 1979. The court below having failed to make findings as required by V.R.C.P. 52, the cause is reversed and remanded for new trial.

IN RE Chester A. PARIZO, No. 6-79

March 7, 1979. Upon hearing of appellee's motion for an expedited appeal, it is ordered:

1. The brief of appellant, State of Vermont, is to be filed on or before March 22, 1979.

2. The brief for the appellee is to be filed on or before April 5, 1979.

3. The trial court reporter, Mrs. Dorothy Brodie, is hereby directed to accord full priority to the preparation of the trial court transcript.

4. The case will be set for oral argument at the April, 1979, Term.

Done in Chambers at Burlington this 1st day of March, 1979.

Larrow, J.

STATE of Vermont v. George Joseph HOHMAN, No. 32-79

March 7, 1979. Order revoking bail and committing defendant to the Commissioner of Corrections reversed. Release of defendant ordered under the terms and conditions established by Addison Superior Court by order dated September 29, 1978. Cause to be certified forthwith, opinion to follow. V.R.A.P. 9(b); State v. Savo, 136 Vt. 330, 388 A.2d 391 (1978).

IN RE D. R., No. 85-79

March 7, 1979. Complaint dismissed for lack of an allegation, verified or supported by affidavit, that there is no adequate remedy by proceedings for extraordinary relief in the Superior Court. V.R. A.P. 21(b); Vermont State Employees' Ass'n. v. State, 135 Vt. 635, 376 A.2d 56 (1977).